UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
WESTERN ENERGY OPPORTUNITIES II, LLC,
d/b/a/ WESTERN ENERGY REGIONAL CENTER,

          Plaintiff,

   -against-

FINALIS SECURITIES, LLC, EB5 ENERY FUND I,
LP d/b/a EB5 MARKETPLACE, EB5 ENERGY
HOLDINGS, LLC, RUPY CHEEMA, KURT EDWARD
REUSS, AND ABC CORPORATIONS 1 through 10,

          Defendants.
-------------------------------------------------------------------X

Index No. 24-CV-2565 (ER)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and all prior proceedings, defendants EB5 Energy Fund I, LP, EB5 Marketplace and Kurt Edward Reuss (collectively "Defendants"), by and through their undersigned counsel, will move this Court, at a date and time to be determined by the Court, before the Honorable Edgardo Ramos, United States District Judge, at the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse located at 40 Foley Square, New York, New York 10007, for an Order pursuant to FRCP 12(b)(1), 12(b)(6), and 12(c) dismissing the complaint or, alternatively, compelling arbitration of all of plaintiff's claims pursuant to 9 USCA § 4, and staying this action in its entirety pending the completion of the arbitration proceeding pursuant to 9 USCA § 3, together with any other and further relief as the Court deems just and proper.

Dated:    New York, New York
          September 10, 2024

                                      /s/ Daniel D'Costa, Esq.
                                      Managing Principal
                                      D'Costa Law, P.C.
                                      Attorneys for Defendants
                                      100 Duffy Avenue, Suite 510
                                      Hicksville, New York, 11801
                                      Tel. (516) 526 3082
                                      daniel.dcosta@danieldcostaesq.com

CERTIFICATE OF SERVICE

I, Daniel D'Costa, an attorney, do hereby certify that on September 10, 2024, I served a copy of the NOTICE OF MOTION AND MEMORANDUM OF LAW IN SUPPORT via ECF, which sent a copy of this filing to all counsel of record.

                                                s/ Daniel D'Costa
                                                Daniel D'Costa