UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WESTERN ENERGY OPPORTUNITIES II, LLC, d/b/a WESTERN ENERGY REGIONAL CENTER,

      Plaintiff,

-*against*-

FINALIS SECURITIES, LLC, EB5 ENERGY FUND I, LP d/b/a EB5 MARKETPLACE, EB5 ENERGY HOLDINGS, LLC, RUPY CHEEMA, KURT EDWARD REUSS, *and* ABC CORPORATIONS 1 through 10,

      Defendants.

**ORDER**

24-cv-02565 (ER)

RAMOS, D.J.

  On July 2, 2024, Defendant Finalis Securities LLC's filed a motion to dismiss the complaint. Doc. 36. In response, on July 23, 2024, Plaintiff filed an amended complaint. Doc. 41.

  Accordingly, as the original complaint is no longer the operative complaint, the first filed motion to dismiss is moot. The Clerk of Court is respectfully directed to terminate the motion, Document 36.

  SO ORDERED.

Dated: January 15, 2025
    New York, New York

                  EDGARDO RAMOS, U.S.D.J.