UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WESTERN ENERGY OPPORTUNITIES II, LLC, d/b/a WESTERN ENERGY REGIONAL CENTER,<br><br>                          Plaintiff,<br><br>-*against*-<br><br>FINALIS SECURITIES, LLC, EB5 ENERGY FUND I, LP d/b/a EB5 MARKETPLACE, EB5 ENERGY HOLDINGS, LLC, RUPY CHEEMA, KURT EDWARD REUSS, *and* ABC CORPORATIONS 1 through 10,<br><br>                          Defendants. | **ORDER**<br><br>24-cv-02565 (ER) |

RAMOS, D.J.

      At a pre-motion conference on August 21, 2024, the Court granted EB5 Energy Fund I, LP d/b/a EB5 Marketplace and Kurt Edward Reuss ("Defendants") leave to file a motion to dismiss. Defendants filed the motion on September 10, 2024, and Plaintiff's opposition was filed on October 16, 2024. Docs. 55, 62.

      As of today, Defendants have not filed their reply. The Court directs Defendants to reply by July 11, 2025. If Defendants do not file their reply by July 11, 2025, the motion will be deemed fully briefed.

      It is SO ORDERED.

Dated:   June 27, 2025
             New York, New York

                                                                                 EDGARDO RAMOS, U.S.D.J.